STEPHEN C. ONOFREY *vs.* ISIDORE RESNIK ET UX.

Third Judicial District, Bridgeport, April Term, 1924.
WHEELER, C. J., BEACH, CURTIS, KEELER and KELLOGG, Js.

Argued April 15th—decided May 8th, 1924.

ACTION to recover damages for personal injuries alleged to have been caused by the negligence of the defendants, brought to the Superior Court in Fairfield County and tried to the jury before *Ells, J.;* verdict and judgment for the defendants, and appeal by the plaintiff. *No error.*

*Samuel Reich,* with whom, on the brief, were *George Ferrio, Jr.,* and *Murray Reich,* for the appellant (plaintiff).

*Samuel E. Hoyt* for the appellees (defendants).

The State *v.* Main.

PER CURIAM.   The evidence was conflicting and hence the determination by the jury of the issue of negligence and contributory negligence in favor of the defendants must stand unless we can say as matter of law that the jury's conclusions were such that reasoning minds could not reasonably have reached them. We are clearly of the opinion that we would not be justified in so holding as matter of law.

There is no error.